DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| 069P17 | In the Matter of the Foreclosure of Real Property Under a Deed of Trust Executed by Robert C. Collins and Rhonda B. Collins Dated June 20, 2006 and Recorded on June 23, 2006 in Book K-30 at Page 975 in the Macon County Public Registry, North Carolina | Respondents' PDR Under N.C.G.S. § 7A-31 (COA16-655) | Denied |
|---|---|---|---|
| 071P17 | State v. Perry Lyn Dupree | Def's *Pro Se* Motion for Petition for Writ of Prohibition | Dismissed |
| 072P17 | State v. Lequan Fox | Def's *Pro Se* Motion for Petition for Writ of Prohibition | Dismissed **03/24/2017** |
| 073P17 | State v. Laurice D. Boston | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Pitt County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 075P17 | Ocwen Loan Servicing, Bank of New York Mellon v. Margaret Ann Reaves | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP16-927)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel<br><br>3. Def's *Pro Se* Motion to Extend Time | 1. Denied<br><br>2. Dismissed as moot<br><br>3. Dismissed as moot |
| 076P17 | George Burns, Mark McCann, and Charles Bartlett, Trustees of Park's Chapel Free Will Baptist Church v. Kingdom Impact Global Ministries, Inc. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1313) | Denied |